**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Terry Crooks, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Speedy Heavy Hauling, Inc., | ) | |
| a Wyoming Corporation, | ) | Case No.  1:08-cv-005 |
| | ) | |
| Defendant. | ) | |

_____

On January 28, 2009, the parties filed a Stipulation for Dismissal with Prejudice.  The court **ADOPTS** the parties' stipulation (Docket No.  9) and **ORDERS** that the above-entitled action be dismissed with prejudice and without costs to either party.

Dated this 29th day of January, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge